# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHEN CHEN, et al. ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | Case No. 13-cv-519 <br><br> **Judge Milton I. Shadur** <br><br> **Magistrate Judge Maria Valdez** |

## SEALED ORDER

THIS CAUSE being before the Court on Plaintiff Deckers Outdoor Corporation's ("Deckers") *Ex Parte* Motion for entry of a Temporary Restraining Order, Domain Name Transfer Order, Asset Restraining Order, Expedited Discovery Order and Order to allow Service by Electronic Mail and Electronic Publication (the "Ex Parte Motion") against the Partnerships and Unincorporated Associations identified on Schedule A to the Complaint, and attached hereto, by each unique email address and Does 1-100 (collectively, the "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplace Accounts"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Ex Parte Motion in its entirety and orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

1

a. using Deckers' UGG Trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, advertising, offering for sale, or sale of any product that is not a genuine Deckers' UGG branded product or not authorized by Deckers to be sold in connection with Deckers' UGG Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine UGG branded product or any other product produced by Deckers, that is not Deckers' or not produced under the authorization, control or supervision of Deckers and approved by Deckers for sale under Deckers' UGG Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Deckers, or are sponsored or approved by, or otherwise connected with Deckers;

d. further infringing Deckers' UGG Trademark and damaging Deckers' goodwill;

e. otherwise competing unfairly with Deckers in any manner;

f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Deckers, nor authorized by Deckers to be sold or offered for sale, and which bear any Deckers' UGG Trademark or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Domain Names or any other domain name that is being used to sell counterfeit UGG products; and

h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, advertising, offering for sale, or sale of any product bearing Deckers' UGG Trademark or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine Deckers' UGG branded product or not authorized by Deckers to be sold in connection with Deckers' UGG Trademark.

2. The domain name registries for the Defendant Domain Names, namely VeriSign, Inc., Neustar, Inc., Afilias Limited and the Public Interest Registry, within two (2) business days of receipt of this Order, shall unlock and change the registrar of record for the Defendant Domain Names to a registrar of Deckers' selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names a registrar of Deckers' selection until further ordered by this Court.

3. Those in privity with Defendants and those with notice of the injunction, including any online marketplace such as iOffer, Internet search engines, web hosts, domain name registrars and domain name registries that are provided with notice of the injunction, shall immediately cease facilitating access to any and all websites and accounts through which Defendants engage in the sale of counterfeit and infringing goods using the UGG Trademark.

4. Discovery herein by Deckers may continue by providing actual notice, pursuant to subpoena, e-mail or otherwise, of this Order to any of the following:

   a. Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them;

b. any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, or other merchant account providers, payment providers, third party payment processors, credit card associations (e.g., MasterCard and VISA), which receive payments or hold assets on Defendants' behalf; or

c. any third party service providers, including, without limitation, the online B2B selling platforms including iOffer, Internet service providers, backend service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars and domain name registries who have provided services for Defendants.

5. Any third party providing services in connection with any Defendants, Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, Internet Service Providers ("ISP"), back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers including PayPal, third party processors and other payment processing service providers, shippers, domain name registrars and domain name registries (collectively "Third Party Providers") shall, within two (2) business days after receipt of such notice, provide to Deckers copies of all documents and records in such person's or entity's possession or control relating to:

a. The identities and addresses of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including, without limitation, identifying information associated with Defendants' Websites, the Defendant Domain Names and financial accounts;

b. Defendants' websites;

c. The Defendant Domain Names or any domain name registered by Defendants; and

d. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Defendants and any persons in active concert or participation with them shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Any banks, savings and loan associations, payment processors, PayPal or other financial institutions, for any Defendant or any of Defendants' websites shall within two (2) business days:

a. Locate all accounts connected to Defendants, Defendants' Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the email addresses listed in Schedule A hereto; and

b. Restrain and enjoin such accounts from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Deckers may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents

on a website to which the Defendant Domain Names which are transferred to Deckers' control will redirect, and by sending an e-mail to the e-mail addresses identified in Schedule A to Deckers' Complaint that includes a link to said website. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. Plaintiff's First Amended Complaint including Schedule A and Exhibits 22 and 23 to the Declaration of Christopher Knowles shall remain sealed until further ordered by this Court.

10. Deckers shall deposit with the Court Ten Thousand Dollars ($10,000.00) as security, to be paid from Deckers or Deckers' counsel's Interest on Lawyers Trust Account (IOLTA), which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Deckers or on shorter notice as set by this Court.

12. This Temporary Restraining Order without notice is entered at 9:40 A.M. on February 11, 2013 and shall remain in effect for (14) fourteen days.

U.S. District Court Judge Milton I. Shadur

Deckers Outdoor Corporation v. The Partnerships & Unincorporated Associations Identified on Schedule "A" and Does 1-100

# Schedule A

| No. | Domain Name | Defendant / Registrant Name | Registrant Email |
|---|---|---|---|
| | **Defendant Domain Names** | | |
| 1 | cheapuggsbootsla.com | dsfg | 1@qq.com |
| 2 | cheapbootsforsalevip.com | zhu jianhua | 1046520930@qq.com |
| 3 | uggsclearanceday.com | china | 104884435@qq.com |
| 4 | cheapuggswow.com | china | 104884435@qq.com |
| 5 | vggaustralia.com | china | 104884435@qq.com |
| 6 | bootsmallsjpline.org | cheng hiu | 12345678@qq.com |
| 7 | goodbootsjp.org | sun ze | 12345678@qq.com |
| 8 | snowbootssalesuk.com | hou ming | 12345678@qq.com |
| 9 | bootsoutletsjp.com | hou ming | 12345678@qq.com |
| 10 | bootsonlinesjapan.com | he fang | 12345678@qq.com |
| 11 | bootsmalljapans.com | liu feng | 12345678@qq.com |
| 12 | bootscheaponlinesjp.com | nai huafei | 12345678@qq.com |
| 13 | cheapsbootsjapan.com | gao qi | 12345678@qq.com |
| 14 | boots-jponline.com | liu feng | 12345678@qq.com |
| 15 | bootsjponlines.com | hang ming | 12345678@qq.com |
| 16 | japanbootsshops.com | sun ze | 12345678@qq.com |
| 17 | boots-salejp.com | ren yi | 12345678@qq.com |
| 18 | coolclassicshoes.com | linsan trading | 1272555204@qq.com |
| 19 | cheapuggsbootssale.com | ke saqi | 1291721641@qq.com |
| 20 | newuggsboots.com | ke saqi | 1291721641@qq.com |
| 21 | austopuggboots.com | ke saqi | 1291721641@qq.com |
| 22 | cooluggbootsoutlet.com | ke saqi | 1291721641@qq.com |
| 23 | shopsugg.com | ke saqi | 1291721641@qq.com |
| 24 | cooluggoutlet.com | ke saqi | 1291721641@qq.com |
| 25 | newugg4sale.com | ke saqi | 1291721641@qq.com |
| 26 | uggscheap4sale.com | ke saqi | 1291721641@qq.com |
| 27 | uggoutletsonsale.com | ke saqi | 1291721641@qq.com |
| 28 | uggoutlets4sale.com | ke saqi | 1291721641@qq.com |
| 29 | uggsdiscount.com | ke saqi | 1291721641@qq.com |
| 30 | outletuggbootsale.com | ke saqi | 1291721641@qq.com |
| 31 | uggudsalg.com | su san | 1578866549@qq.com |

| | | | |
|---|---|---|---|
| 32 | uggstivaliuggaustralia.com | Google | 1737233348@qq.com |
| 33 | nlgoedkopeuggonline.com | Google | 1737233348@qq.com |
| 34 | goedkopeuggsalenl.com | Google | 1737233348@qq.com |
| 35 | moomfrvit.com | WhoisGuard | 1bd547fb849d4e2eb9549fad61babe04.protect@whoisguard.com |
| 36 | uggonline-nl.com | official | 358190008@qq.com |
| 37 | snowbootsu.com | zhang shuhua | 3longhui@gmail.com |
| 38 | uggsoutletstorega.com | adfad | 45545@hotmail.com |
| 39 | uggsoutletonlinely.com | asdfasd | 45545@hotmail.com |
| 40 | uggsonsalemobi.com | asdfasd | 45545@hotmail.com |
| 41 | uggs1873.com | asdfasd | 45545@hotmail.com |
| 42 | uggbootsclearanceroom.com | asdfasd | 45545@hotmail.com |
| 43 | unitedbootsonline.com | Fundacion Private Whois | 50ab40f75s4pfj0t@t02cduv4f7f99a255f64.privatewhois.net |
| 44 | makeupsonline.com | jin cuihong | 527881458@qq.com |
| 45 | uggsalesite.com | shimici | 5656153@qq.com |
| 46 | uggssaleyou.com | shimici | 5656153@qq.com |
| 47 | realhomeforuggs.com | shimici | 5656153@qq.com |
| 48 | specialofffereduggs.com | shimici | 5656153@qq.com |
| 49 | warmofuggsweb.com | shimici | 5656153@qq.com |
| 50 | officialugghouse.com | shimici | 5656153@qq.com |
| 51 | warmwithuggsite.com | shimici | 5656153@qq.com |
| 52 | saleuggsus.com | shimici | 5656153@qq.com |
| 53 | uggenjoyyou.com | shimici | 5656153@qq.com |
| 54 | timelesssellugg.com | shimici | 5656153@qq.com |
| 55 | worlduggfashion.com | shimici | 5656153@qq.com |
| 56 | buyuggsitezone.com | shimici | 5656153@qq.com |
| 57 | benefialuggs.com | shimici | 5656153@qq.com |
| 58 | enthralinguggsbay.com | shimici | 5656153@qq.com |
| 59 | uggssalebay.com | shimici | 5656153@qq.com |
| 60 | comeugghome.com | shimici | 5656153@qq.com |
| 61 | surpriseonugg.com | shimici | 5656153@qq.com |
| 62 | deluxworldugg.com | shimici | 5656153@qq.com |
| 63 | officialugggreatsale.com | shimici | 5656153@qq.com |
| 64 | clubhappyugg.com | shimici | 5656153@qq.com |

| | | | |
|---|---|---|---|
| 65 | fashionableuggday.com | shimici | 5656153@qq.com |
| 66 | uggamazelure.com | shimici | 5656153@qq.com |
| 67 | gouggfficialweb.com | shimici | 5656153@qq.com |
| 68 | linetougg.com | shimici | 5656153@qq.com |
| 69 | saving-ugg.com | shimici | 5656153@qq.com |
| 70 | ugghomecoming.com | shimici | 5656153@qq.com |
| 71 | queenofqualityugg.com | shimici | 5656153@qq.com |
| 72 | fityouugg.com | shimici | 5656153@qq.com |
| 73 | luckyforyouugg.com | shimici | 5656153@qq.com |
| 74 | loveuggwith.com | shimici | 5656153@qq.com |
| 75 | uggcomezone.com | shimici | 5656153@qq.com |
| 76 | trendyuggshome.com | shimici | 5656153@qq.com |
| 77 | uggssiteofficial.com | shimici | 5656153@qq.com |
| 78 | uptodateugg.com | shimici | 5656153@qq.com |
| 79 | uggsuccess.com | shimici | 5656153@qq.com |
| 80 | provideuggbay.com | shimici | 5656153@qq.com |
| 81 | careyoumoreugg.com | shimici | 5656153@qq.com |
| 82 | uggsaleclubstore.com | shimici | 5656153@qq.com |
| 83 | uggsperfect.com | shimici | 5656153@qq.com |
| 84 | memorableugg.com | shimici | 5656153@qq.com |
| 85 | luckyuggs.com | shimici | 5656153@qq.com |
| 86 | genuineuggofficialweb.com | shimici | 5656153@qq.com |
| 87 | deliverylowugg.com | shimici | 5656153@qq.com |
| 88 | uggtidefashion.com | shimici | 5656153@qq.com |
| 89 | onsnowugg.com | shimici | 5656153@qq.com |
| 90 | uggof2013home.com | shimici | 5656153@qq.com |
| 91 | greatappearanceugg.com | shimici | 5656153@qq.com |
| 92 | getmoreuggs.com | shimici | 5656153@qq.com |
| 93 | fineuggshere.com | shimici | 5656153@qq.com |
| 94 | discountuggofficial.com | shimici | 5656153@qq.com |
| 95 | stylishofuggs.com | shimici | 5656153@qq.com |
| 96 | topclassugg.com | shimici | 5656153@qq.com |
| 97 | feeluggsale.com | shimici | 5656153@qq.com |
| 98 | fashionuggshere.com | shimici | 5656153@qq.com |
| 99 | classicugglure.com | shimici | 5656153@qq.com |
| 100 | surpriseduggssite.com | shimici | 5656153@qq.com |
| 101 | ugghousesite.com | shimici | 5656153@qq.com |
| 102 | provideuggauthentic.com | shimici | 5656153@qq.com |
| 103 | shopsaleugg.com | shimici | 5656153@qq.com |
| 104 | smoothuggsale.com | shimici | 5656153@qq.com |

| # | Domain | Name | Email |
|---|---|---|---|
| 105 | entireuggworld.com | shimici | 5656153@qq.com |
| 106 | uggboots--clearance.net | liang wei | 5sdsssqq1@hotmail.com |
| 107 | cheapuggsforsalesv.com | asdfasd | 654656@yahoo.com |
| 108 | topuggsbaileybutton.com | adfad | 654656@yahoo.com |
| 109 | cheapuggsvalentinesday.com | adfad | 654656@yahoo.com |
| 110 | uggpascher-bottesugg.net | ASDKJL KKJ | 7543436524171@qq.com |
| 111 | onlinereplicaoutlet.com | jinqun gao | 76319011@QQ.com |
| 112 | cheapuggssaleonlinet.com | dewdew dewdew | 82328285@qq.com |
| 113 | uggbootscheapclearancet.com | dewdew dewdew | 82328285@qq.com |
| 114 | london-uggaustralia.com | ugg | 86812293@qq.com |
| 115 | uggbootsuggsoutletstore.com | wang xinqi | 873082089@qq.com |
| 116 | specialuggssale.com | baixiaosou | 88166606@qq.com |
| 117 | walkwithboots.com | tom | 88166606@qq.com |
| 118 | uggsnowbootsclearance.com | hualiu | 914186992@qq.com |
| 119 | uggclearancetang.com | hualiu | 914186992@qq.com |
| 120 | uggsnowboottang.net | hualiu | 914186992@qq.com |
| 121 | uggbootclearance.net | hualiu | 914186992@qq.com |
| 122 | uggbaileybuttonsaleuk.com | WhoisGuard | 92c265926c4e4257b5cddbdd8344e881.protect@whoisguard.com |
| 123 | casualshoesukforcheap.com | FDSASDF | 981490973@qq.com |
| 124 | cheapugg-bootsireland.com | he cangmei | adamdelaide@hotmail.com |
| 125 | bloomingdalesuggs.info | jian chuanglang | alemrcfc589@hotmail.com |
| 126 | casablancaomeed.com | Neville Berger | aliangseo@live.com |
| 127 | knituggs.org | yin caqi | angusndy@hotmail.com |
| 128 | earthtecbuilders.com | xiexuemaoyi | antoniobrown002@gmail.com |
| 129 | cheapsbootsclearanceu.com | xiexuemaoyi | antoniobrown002@gmail.com |
| 130 | cheapvggbootsonsaleu.com | xiexuemaoyi | antoniobrown002@gmail.com |
| 131 | cozyaustraliaboots.com | white see | anvor2005@126.com |
| 132 | uggallkutusale.com | ci ke | asd2klu@163.com |
| 133 | snowkutuboots.com | xi qi | asdaf121d@163.com |

10

| # | Domain | Name | Email |
|---|---|---|---|
| 134 | snowkutujpsale.com | xi qi | asdaf121d@163.com |
| 135 | outletuggcheapboots.com | Stephan Mendiaz | ashlifgthedin@gmail.com |
| 136 | uggbootsbuttoncheap.com | WhoisGuard | b58664f58cbe4d8cb41dd6506fd4bf77.protect@whoisguard.com |
| 137 | baileybuttonhot.com | wan jiahui | baileybuttonhot@hotmail.com |
| 138 | cheapugg-bootscanada.com | tian chunhong | brantdward@hotmail.com |
| 139 | bootchristmasparty.com | Tina Budriss | Budriss159@126.com |
| 140 | bootsoutletv.com | chen kong | chenkong1f@163.com |
| 141 | baileyuggsbootsuk.com | WhoisGuard | d44252d599e2458d8d6f1ad5c153d1c9.protect@whoisguard.com |
| 142 | buyuggkutu.com | xi xing | dasffas1@163.com |
| 143 | cheapsuggbootsxr.com | liuliu | dasffg@gmil.com |
| 144 | discountuggsbootsxr.com | liuliu | dasffg@gmil.com |
| 145 | bestuggbootssale.us | Kelly Ede | dustbag222@hotmail.com |
| 146 | goodcheapuggboots.us | Kelly Ede | dustbag222@hotmail.com |
| 147 | bestcheapuggs.us | Kelly Ede | dustbag222@hotmail.com |
| 148 | acheapuggboots.us | Kelly Ede | dustbag222@hotmail.com |
| 149 | ugg-australia.org | LiKaiFeng | enjoy_msn@yahoo.com |
| 150 | boots-ugg.org | yu linchun | enjoy_msn@yahoo.com |
| 151 | stivaliitaly.com | wu zexie | fejitm@163.com |
| 152 | monclersch.com | wu zexie | fejitm@163.com |
| 153 | uggoutletxmas.com | chen chen | fenglian2013@yahoo.com |
| 154 | uggbootsoutletxmas.com | chen chen | fenglian2013@yahoo.com |
| 155 | vipuggsforsale.com | chen chen | fenglian2013@yahoo.com |
| 156 | ventebottessoldes.com | zheng wang | fengxianse@163.com |
| 157 | ventebottesensoldes.com | zheng wang | fengxianse@163.com |
| 158 | irelandbootssale.com | zheng wang | fengxianse@163.com |
| 159 | cheapbootsusoutlet.com | Hebe William | haorenba11@gmail.com |
| 160 | bootsuksaleonline.com | Hebe William | haorenba11@gmail.com |
| 161 | boots-winter.net | zhouchuanwei | haoyu1oi@163.com |
| 162 | bootsmallsuper.com | xie zhiyong | heixia@vip.qq.com |
| 163 | abootsde.com | zhang ziyan | helloelxsoiel@gmail.com |
| 164 | uggsverige.net | dong chuang | heresfsx@yahoo.cn |
| 165 | topbootsshop.net | hu chunyan | hkhker@163.com |
| 166 | bottesventefrance.com | wei guo | hkorue@163.com |
| 167 | ibootssell.com | kelvin | hookhot2016@163.com |

| # | Domain | Name | Email |
|---|---|---|---|
| 168 | ebootsboutique.com | kelvin | hookhot2016@163.com |
| 169 | ibootsboutique.com | kelvin | hookhot2016@163.com |
| 170 | ishoessaleoutlet.com | kelvin | hookhot2016@163.com |
| 171 | bootiesstyle.com | kelvin | hookhot2016@163.com |
| 172 | uggpascheraustralia.com | hou yuanjian | houzhihui223@163.com |
| 173 | ladyaguboots.com | Huang HENAN | Huang@trades-email.com |
| 174 | agubootswow.com | Huang HENAN | Huang@trades-email.com |
| 175 | ladybootsjp.com | Huang HENAN | Huang@trades-email.com |
| 176 | uggbootsoutletsonline.com | huangteng2013 huangteng2013 | huangteng2000@yahoo.com |
| 177 | uggsforsaleboots.com | huangteng2013 huangteng2013 | huangteng2000@yahoo.com |
| 178 | uggsoutletstoreonline.com | huangteng2013 huangteng2013 | huangteng2000@yahoo.com |
| 179 | bestbootsbuy.com | huangteng2013 huangteng2013 | huangteng2000@yahoo.com |
| 180 | uggbootstopfashion.com | Lin Mary | hwfz5016@hotmail.com |
| 181 | uggs--outlet.com | ke wu | iuudsssdnt@qq.com |
| 182 | uggbootsjapanoutlet.info | jane green | janegreen866@yahoo.com |
| 183 | uggbootsjapanoutlet.com | jane green | janegreen866@yahoo.com |
| 184 | cheaprealuggsuk.com | yuan nengshen | jillockfjgy@hotmail.com |
| 185 | uggsalebootsshop.com | luicy green | jimgreen36@hotmail.com |
| 186 | cheapbootsaleusa.com | jin gui | jingui1c@163.com |
| 187 | uggs--outlet.net | tian fan | jkjss87ss@hotmail.com |
| 188 | uggscools.us | johnny tran | johnny_tran1985@yahoo.com |
| 189 | uggbootsloveuk.com | johnny tran | johnny_tran1985@yahoo.com |
| 190 | cheapestugg-boots.com | yuan guacou | jonathanillary@hotmail.com |
| 191 | diytrade888.com | zheng qing | jordantradezone@hotmail.com |
| 192 | timberlandmalls.org | zheng yun | kilajinmo@gmail.com |
| 193 | japanuggtenpo.com | zhen shi | kjvavc11@163.com |
| 194 | cheapfashionshoesam.com | tao li | leonardhofstadterx@gmail.com |
| 195 | cheapugg-bootsuksale.org | yu mingshen | louisemiya@hotmail.com |
| 196 | uggbootsonsale2013.net | zhao xixi | louisvuittonao@hotmail.com |
| 197 | buyuggoutletweb.com | zhao haha | louisvuittonao@hotmail.com |

| # | Domain | Name | Email |
|---|---|---|---|
| 198 | ugbootsireland.com | tang ling zhu | meoslkdkkd@126.com |
| 199 | estore-uggjp.com | guiyan wang | molamumu@yahoo.com |
| 200 | uggboots-clearancesale.com | Jordan mike | more2power@gmail.com |
| 201 | dalinboots.com | Royce Gainsborough | nhsperfg1526@hotmail.com |
| 202 | baileybuttonbootscheap.com | nick sophy | nick.workmail@gmail.com |
| 203 | cheapuggbailey-buttonboots.com | George Gilley | nogalessq@msn.com |
| 204 | macysuggs.net | xiang miepie | oscarkarida@163.com |
| 205 | uggs-boots-2013.com | ou ou | ou100868@yahoo.cn |
| 206 | johnnysport.com | Wu YanFeng | ovcn2008@gmail.com |
| 207 | shoesonlinetrade.com | Cai LiMing | paylessnfljerseyswholesale@gmail.com |
| 208 | uggsinsaku.com | peng kong | pengkong7@163.com |
| 209 | cheapuggbootsonslae.com | Bill King | placeanorder@live.com |
| 210 | coolbootsoutlet.com | Andrice | resshiei@126.com |
| 211 | greybaileybuttonuggboots.org | greybaileybuttonuggboots | rileysunxa@ymail.com |
| 212 | australiauggss.com | bill tong | sengivslw@sina.com |
| 213 | uggsbaileybuttonny.com | fgghgfh | sf@hotmail.com |
| 214 | uggsbootsoutletmas.com | fgghgfh | sf@hotmail.com |
| 215 | uggsoutletstoreaol.com | fgghgfh | sf@hotmail.com |
| 216 | uggsonsaleluckly.com | fgghgfh | sf@hotmail.com |
| 217 | uggsonsalesunny.com | fgghgfh | sf@hotmail.com |
| 218 | uggbootsonsalelovely.com | fgghgfh | sf@hotmail.com |
| 219 | cheapuggoutlet-online.com | Hines, Blanche | sforsaleche42@bplady.com |
| 220 | shoeshappy.net | wang quan an | shoeshappy@aol.com |
| 221 | bootswalk.com | yun xia chen | sinhamus@hotmail.com |
| 222 | uggssalecanada.net | Mabel Webb | sssooo5556@163.com |
| 223 | bottes-ugg-pascher-fr.com | kuaijie guanshuju | stretchbnh@gmail.com |
| 224 | bootssalewomen.com | fgfdgfdg fgdgsdfg | summaryzxj@gmail.com |
| 225 | macysuggsonsale.com | Walt Gloria | susieaxvh@hotmail.com |
| 226 | discountuggsformen.com | jack jones | teamjerseyscom@hotmail.com |
| 227 | macysuggs.org | lang zhaijin | terenceben@163.com |

| # | Domain | Name | Email |
|---|---|---|---|
| 228 | thushoe.com | li gang | thushoe@aol.com |
| 229 | tradeevery.com | tradeevery | tim@tradeevery.com |
| 230 | cheapsuggbootsfor.com | liu wu | tjdv5t0hi3@126.com |
| 231 | cheapbootsen.com | zhang qiang | tomes2012@126.com |
| 232 | snowbootsja.com | Paolo Addario | tthypp000@gmail.com |
| 233 | cheap--ugg-boots.org | gjgfhf gfhr | tyrt565hj@qq.com |
| 234 | uggbootsbb.com | wang xiaoer | uggbootsbb@hotmail.com |
| 235 | uggcheapsale.com | zhang wu | uggcheapsale@hotmail.com |
| 236 | uggclassicshortcheap.com | Katie Katie | uggclassicshortcheap@hotmail.com |
| 237 | womenscheapuggboots.com | li xiang | uityredfcv877@yahoo.com |
| 238 | cheapuggaustralia-boots.com | yu siheng | ulyssesegan@hotmail.com |
| 239 | bottesboutiques-france.com | xia men sdg dfhdf mao yi you xian gong si | vdfrdfhan@163.com |
| 240 | uggpascher-uggs.com | fsghg jhdhf dfdf | vsdfsgsd@163.com |
| 241 | southafricauggboots.net | minghui you | xiangrongshi@yahoo.com |
| 242 | femmelesbottes.com | xiuzhen xian | yangchunsheng@163.com |
| 243 | winterstiefelmunchen.com | xiuzhen xian | yangchunsheng@163.com |
| 244 | womensbootshotsale.com | xiuzhen xian | yangchunsheng@163.com |
| 245 | bottesfemmebelgique.com | xiuzhen xian | yangchunsheng@163.com |
| 246 | thebootsus.com | xiuzhen xian | yangchunsheng@163.com |
| 247 | cheapbootslondon.com | xiuzhen xian | yangchunsheng@163.com |
| 248 | malluggsales.info | Amy Bloom | yangsi2010@126.com |
| 249 | bootsaleshop.info | Amy Bloom | yangsi2010@126.com |
| 250 | best-bootsales.info | Amy Bloom | yangsi2010@126.com |
| 251 | bootsales-cheap.info | Amy Bloom | yangsi2010@126.com |
| 252 | cheapboots-sales.info | Amy Bloom | yangsi2010@126.com |
| 253 | cheapsboots.info | Amy Bloom | yangsi2010@126.com |
| 254 | discount-bootsales.info | Amy Bloom | yangsi2010@126.com |
| 255 | sales-boots.info | Amy Bloom | yangsi2010@126.com |
| 256 | salesbootscheap.info | Amy Bloom | yangsi2010@126.com |
| 257 | winters-boots.info | Amy Bloom | yangsi2010@126.com |
| 258 | buybootsales.info | Amy Bloom | yangsi2010@126.com |
| 259 | salesbootsok.info | Amy Bloom | yangsi2010@126.com |

| | | | |
|---|---|---|---|
| 260 | buybootstore.info | Amy Bloom | yangsi2010@126.com |
| 261 | cheapboots2013.info | Amy Bloom | yangsi2010@126.com |
| 262 | longbootstore.info | Amy Bloom | yangsi2010@126.com |
| 263 | shopbootsales.info | Amy Bloom | yangsi2010@126.com |
| 264 | cheap-boots-sales.info | Amy Bloom | yangsi2010@126.com |
| 265 | buycheapukboots.com | Amy Bloom | yangsi2010@126.com |
| 266 | boots-cheapsales.com | Amy Bloom | yangsi2010@126.com |
| 267 | bootsales-cheap.com | Amy Bloom | yangsi2010@126.com |
| 268 | buy-cheap-sales.com | Amy Bloom | yangsi2010@126.com |
| 269 | discount-cheapsales.com | Amy Bloom | yangsi2010@126.com |
| 270 | long-boots-cheap.com | Amy Bloom | yangsi2010@126.com |
| 271 | mall-bootsales.com | Amy Bloom | yangsi2010@126.com |
| 272 | cheapboots-sales.com | Amy Bloom | yangsi2010@126.com |
| 273 | discount-cheapboots.com | Amy Bloom | yangsi2010@126.com |
| 274 | salesbootsuk.com | Amy Bloom | yangsi2010@126.com |
| 275 | goodbootsales.com | Amy Bloom | yangsi2010@126.com |
| 276 | uksaustraliaboots.com | Amy Bloom | yangsi2010@126.com |
| 277 | bootsnlsale.com | Amy Bloom | yangsi2010@126.com |
| 278 | cheapukbootstore.com | Amy Bloom | yangsi2010@126.com |
| 279 | shopbootstoreuk.com | Amy Bloom | yangsi2010@126.com |
| 280 | australiabootsaleuk.com | Amy Bloom | yangsi2010@126.com |
| 281 | uggsforcheapusd.com | ling ye | yeling2013@yahoo.com, |
| 282 | uggsonsalepop.com | ling ye | yeling2013@yahoo.com, |
| 283 | uggsonsaleforcheapest.com | ling ye | yeling2013@yahoo.com, |
| 284 | uggsforsalexmas.com | ling ye | yeling2013@yahoo.com, |
| 285 | uggoutlettop.com | ling ye | yeling2013@yahoo.com, |
| 286 | uggbootsonsaleusd.com | ling ye | yeling2013@yahoo.com, |
| 287 | uggbootscenter.com | wode | ym3721@yahoo.com |
| 288 | theuggboot.com | wode | ym3721@yahoo.com |
| 289 | yahouggtech.com | wode | ym3721@yahoo.com |
| 290 | yahouggdesign.com | wode | ym3721@yahoo.com |
| 291 | yahouggcompany.com | wode | ym3721@yahoo.com |
| 292 | webyahoougg.com | wode | ym3721@yahoo.com |
| 293 | superyahoougg.com | wode | ym3721@yahoo.com |
| 294 | shopyahoougg.com | wode | ym3721@yahoo.com |
| 295 | onlineyahoougg.com | wode | ym3721@yahoo.com |
| 296 | homeyahoougg.com | wode | ym3721@yahoo.com |
| 297 | globalyahoougg.com | wode | ym3721@yahoo.com |
| 298 | uggworkbootsyahoo.com | wode | ym3721@yahoo.com |
| 299 | uggshoesrustic.com | wode | ym3721@yahoo.com |

| # | Domain | Name | Email |
|---|---|---|---|
| 300 | uggrebootyahoos.com | wode | ym3721@yahoo.com |
| 301 | uggkickrube.com | wode | ym3721@yahoo.com |
| 302 | uggcaseyokel.com | wode | ym3721@yahoo.com |
| 303 | uggbringupyahoo.com | wode | ym3721@yahoo.com |
| 304 | uggbootsyahoomail.com | wode | ym3721@yahoo.com |
| 305 | uggboothick.com | wode | ym3721@yahoo.com |
| 306 | liveuggbootsyahoo.com | wode | ym3721@yahoo.com |
| 307 | easyuggbootsyahoo.com | wode | ym3721@yahoo.com |
| 308 | hotyahoougg.com | wode | ym3721@yahoo.com |
| 309 | bestyahoougg.com | wode | ym3721@yahoo.com |
| 310 | uggshoesyahoo.com | wode | ym3721@yahoo.com |
| 311 | uggkickyahoo.com | wode | ym3721@yahoo.com |
| 312 | uggbootyokel.com | wode | ym3721@yahoo.com |
| 313 | uggbootyahoo.com | wode | ym3721@yahoo.com |
| 314 | uggbootsyokel.com | wode | ym3721@yahoo.com |
| 315 | uggbootsyahoowork.com | wode | ym3721@yahoo.com |
| 316 | uggbootsyahoousa.com | wode | ym3721@yahoo.com |
| 317 | uggbootsyahoosite.com | wode | ym3721@yahoo.com |
| 318 | uggbootsyahooservice.com | wode | ym3721@yahoo.com |
| 319 | uggbootsyahoos.com | wode | ym3721@yahoo.com |
| 320 | uggbootsyahoomedia.com | wode | ym3721@yahoo.com |
| 321 | uggbootsyahoocenter.com | wode | ym3721@yahoo.com |
| 322 | uggbootsrustic.com | wode | ym3721@yahoo.com |
| 323 | uggbootsrube.com | wode | ym3721@yahoo.com |
| 324 | uggbootshick.com | wode | ym3721@yahoo.com |
| 325 | uggadventurebootsyahoo.com | wode | ym3721@yahoo.com |
| 326 | yahoouggshop.com | wode | ym3721@yahoo.com |
| 327 | yahoouggmedia.com | wode | ym3721@yahoo.com |
| 328 | yahoougginc.com | wode | ym3721@yahoo.com |
| 329 | yahoougghome.com | wode | ym3721@yahoo.com |
| 330 | yahoougggroup.com | wode | ym3721@yahoo.com |
| 331 | topyahoougg.com | wode | ym3721@yahoo.com |
| 332 | theyahoougg.com | wode | ym3721@yahoo.com |
| 333 | freeyahoougg.com | wode | ym3721@yahoo.com |
| 334 | allyahoougg.com | wode | ym3721@yahoo.com |
| 335 | uggbootsservice.com | wode | ym3721@yahoo.com |
| 336 | uggbootsdesign.com | wode | ym3721@yahoo.com |

| # | Domain | User | Email |
|---|---|---|---|
| 337 | theuggbootshomes.com | wode | ym3721@yahoo.com |
| 338 | theuggbootsdesign.com | wode | ym3721@yahoo.com |
| 339 | theuggbootsclub.com | wode | ym3721@yahoo.com |
| 340 | theuggbootscenter.com | wode | ym3721@yahoo.com |
| 341 | theuggbootsblog.com | wode | ym3721@yahoo.com |
| 342 | youryahoougg.com | wode | ym3721@yahoo.com |
| 343 | yahoouggworld.com | wode | ym3721@yahoo.com |
| 344 | yahoouggwork.com | wode | ym3721@yahoo.com |
| 345 | yahoouggstore.com | wode | ym3721@yahoo.com |
| 346 | yahoouggservice.com | wode | ym3721@yahoo.com |
| 347 | yahoouggsale.com | wode | ym3721@yahoo.com |
| 348 | yahoouggonline.com | wode | ym3721@yahoo.com |
| 349 | yahoougghomes.com | wode | ym3721@yahoo.com |
| 350 | yahoouggguide.com | wode | ym3721@yahoo.com |
| 351 | yahoouggblog.com | wode | ym3721@yahoo.com |
| 352 | worldyahoougg.com | wode | ym3721@yahoo.com |
| 353 | realyahoougg.com | wode | ym3721@yahoo.com |
| 354 | newyahoougg.com | wode | ym3721@yahoo.com |
| 355 | myyahoougg.com | wode | ym3721@yahoo.com |
| 356 | bigyahoougg.com | wode | ym3721@yahoo.com |
| 357 | uggkickyokel.com | wode | ym3721@yahoo.com |
| 358 | uggbootsyahooworld.com | wode | ym3721@yahoo.com |
| 359 | uggbootsyahootech.com | wode | ym3721@yahoo.com |
| 360 | onlineuggbootsyahoo.com | wode | ym3721@yahoo.com |
| 361 | yahoouggcenter.com | wode | ym3721@yahoo.com |
| 362 | theuggbootscamps.com | wode | ym3721@yahoo.com |
| 363 | homeuggboots.com | wode | ym3721@yahoo.com |
| 364 | uggrebootyokel.com | wode | ym3721@yahoo.com |
| 365 | uggraiseyahoo.com | wode | ym3721@yahoo.com |
| 366 | uggbootyahoos.com | wode | ym3721@yahoo.com |
| 367 | uggbootsyahoosale.com | wode | ym3721@yahoo.com |
| 368 | uggbootrustic.com | wode | ym3721@yahoo.com |
| 369 | yahoouggclub.com | wode | ym3721@yahoo.com |
| 370 | theuggbootsinc.com | wode | ym3721@yahoo.com |
| 371 | uggkickrustic.com | wode | ym3721@yahoo.com |
| 372 | uggbootsyahoohome.com | wode | ym3721@yahoo.com |
| 373 | theuggbootsgroup.com | wode | ym3721@yahoo.com |
| 374 | uggrebootyahoo.com | wode | ym3721@yahoo.com |

| No. | Domain | Registrant | Email |
|---|---|---|---|
| 375 | uggbootsyahoocompany.com | wode | ym3721@yahoo.com |
| 376 | uggbootswork.com | wode | ym3721@yahoo.com |
| 377 | theuggbootscamp.com | wode | ym3721@yahoo.com |
| 378 | oneuggbootsyahoo.com | wode | ym3721@yahoo.com |
| 379 | yahoouggsite.com | wode | ym3721@yahoo.com |
| 380 | uggbootsyahooguide.com | wode | ym3721@yahoo.com |
| 381 | uggbootshayseed.com | wode | ym3721@yahoo.com |
| 382 | uggbootscharacter.com | wode | ym3721@yahoo.com |
| 383 | uggbootrube.com | wode | ym3721@yahoo.com |
| 384 | uggshoesyokel.com | wode | ym3721@yahoo.com |
| 385 | uggbootsmedia.com | wode | ym3721@yahoo.com |
| 386 | uggshoesyahoos.com | wode | ym3721@yahoo.com |
| 387 | uggkickyahoos.com | wode | ym3721@yahoo.com |
| 388 | yahoouggusa.com | wode | ym3721@yahoo.com |
| 389 | theuggbootsstore.com | wode | ym3721@yahoo.com |
| 390 | uggbootshomes.com | wode | ym3721@yahoo.com |
| 391 | theuggbootsshop.com | wode | ym3721@yahoo.com |
| 392 | globaluggboots.com | wode | ym3721@yahoo.com |
| 393 | saleuggbootsoutlet.net | haozhang | zhang7zhang9@hotmail.com |
| 394 | bottessdepascher.info | yuan zhongcheng | zhongcheng78112323@126.com |
| 395 | globalhotshopping.com | zhuqiu yang | zhunqiuyan8@yahoo.cn |
| 396 | buyuggsja.com | eshineclub | zulin725@gmail.com |
| 397 | cheapuggbootsusi.com | Zhihui Zu | zuzhihui@gmail.com |

| Online Marketplace Accounts | | |
|---|---|---|
| No. | Account | Email Address |
| 398 | likebag7788 | huangyandao666@hotmail.com |
| 399 | xpwz00ty | feiyanshop888@hotmail.com |
| 400 | handbag0258 | tudou556@yahoo.com.cn |
| 401 | hjkyudgf | bgtyhjki369@126.com |
| 402 | longting5658 | haozhen58@yahoo.com.cn |
| 403 | dashan201278 | bukouzhang2013@yahoo.com.cn |
| 404 | dacosta | ludacosta@hotmail.com |
| 405 | gaosutieluche | ltingyuan@yahoo.cn |
| 406 | huaxian123 | xingxingdiandeng_xing@hotmail.com |
| 407 | sppo198 | sppo198@yahoo.com.cn |
| 408 | zhengweibox168 | homway2020@qq.com |
| 409 | wlnbj | wlnbj@hotmail.com |

| # | PayPal Accounts |
|---|---|
| 1 | liuchumo2012@hotmail.com |
| 2 | dobest2013@live.com |
| 3 | 1551359704@qq.com |
| 4 | huangyandao666@hotmail.com |
| 5 | feiyanshop888@hotmail.com |
| 6 | tudou556@yahoo.com.cn |
| 7 | bgtyhjki369@126.com |
| 8 | haozhen58@yahoo.com.cn |
| 9 | bukouzhang2013@yahoo.com.cn |
| 10 | ludacosta@hotmail.com |
| 11 | ltingyuan@yahoo.cn |
| 12 | xingxingdiandeng_xing@hotmail.com |
| 13 | sppo198@yahoo.com.cn |
| 14 | homway2020@qq.com |
| 15 | wlnbj@hotmail.com |
| 16 | yulin015@gmail.com |
| 17 | goodshoptrade@hotmail.com |