# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 519 | **DATE** | 3/19/2013 |
| **CASE TITLE** | Deckers Outdoor Corp vs. Chen Chen, et al | | |

**DOCKET ENTRY TEXT**

Enter Final Judgment Order. Judgment is entered in favor of plaintiffs and against all defendants for a total award in the amount of two hundred million dollars ($200,000,000).

■ [ For further detail see separate order(s).]  Docketing to mail notices.

| | Courtroom Deputy Initials: | SRB |
|---|---|---|